

2100 SouthBridge Parkway
Suite 650
Birmingham, AL 35209

One US Bank Plaza
St. Louis, MO 63101

314 552 6000 main
314 552 7000 fax
thompsoncoburn.com

**Brandt P. Hill**
805.451.4792
bhill@thompsoncoburn.com

October 17, 2024

**VIA ECF & EMAIL**

Hon. P. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov



RE:   Chi Zhang v. Touro College, et al., Case No. 1:24-cv-06215-KPF

Dear Judge Failla:

Plaintiff Chi Zhang and Defendants Touro College, Touro College of Osteopathic Medicine, and Touro University respectfully jointly request an adjournment of the initial pretrial conference ("IPTC") currently scheduled before the Court on October 25, 2024. Doc. 7. The Court has scheduled a conference on Plaintiff's request to file a motion to remand for October 31, 2024. Doc. 12. In light of the threshold issues raised by Plaintiff's request for permission to file a motion to remand, the parties request that the Court adjourn the IPTC and the associated requirement to submit a proposed Case Management Plan and joint letter in advance of the IPTC.

Respectfully submitted,

Brandt Hill

Thompson Coburn LLP

cc:   Stewart Lee Karlin
      Natalia Kapitonova
      Stewart Lee Karlin Law Group, P.C.
      111 John Street, 22nd Floor
      New York, NY 10038
      slk@stewartkarlin.com
      cnk@stewartkarlin.com

      *Attorneys for Plaintiff*

Application GRANTED.  The initial pretrial conference scheduled for October 25, 2024, and all associated deadlines, are hereby ADJOURNED *sine die*, pending further order from the Court.

The Clerk of Court is directed to terminate the pending motion at docket entry 14.

Dated:    October 17, 2024          SO ORDERED.
          New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE