UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
CHI ZHANG,                                          **24-cv-06215-KPF**

                Plaintiff,

-against-

TOURO COLLEGE, TOURO UNIVERSITY
AND TOURO COLLEGE OF OSTEOPATHIC
MEDICINE,

                Defendants.
--------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41 (a) (1)(A)(i), Plaintiff Chi Zhang hereby gives notice that this action is voluntarily dismissed without prejudice. Accordingly, Plaintiff notices voluntary dismissal of this action without prejudice.

Dated: New York, New York
      December 19, 2024               Respectfully submitted,

                                                STEWART LEE KARLIN
                                                LAW GROUP, P.C.

                                                Stewart Lee Karlin, Esq.
                                                *Attorneys for Plaintiff*
                                                111 John Street, 22nd Floor
                                                New York, New York 10038
                                                (212) 792-9670
                                                slk@stewartkarlin.com