UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
CHI ZHANG,                                                              24-cv-06215-KPF

                Plaintiff,

-against-                                                                      **MEMO ENDORSED**

TOURO COLLEGE, TOURO UNIVERSITY
AND TOURO COLLEGE OF OSTEOPATHIC
MEDICINE,

                Defendants.
------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41 (a) (1)(A)(i), Plaintiff Chi Zhang hereby gives notice that this action is voluntarily dismissed without prejudice. Accordingly, Plaintiff notices voluntary dismissal of this action without prejudice.

Dated: New York , New York
       December 19, 2024                                    Respectfully submitted,

                                                        STEWART LEE KARLIN
                                                        LAW GROUP, P.C.

                                                        Stewart Lee Karlin, Esq.
                                                        *Attorneys for Plaintiff*
                                                         111 John Street, 22nd Floor
                                                         New York, New York 10038
                                                         (212) 792-9670
                                                         slk@stewartkarlin.com

```
Dated:    December 19, 2024
          New York, New York
```
                                                         `SO ORDERED.`

                                                         */s/ Katherine Polk Failla*

                                                         `HON. KATHERINE POLK FAILLA`
                                                         `UNITED STATES DISTRICT JUDGE`